

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00017-CR

## IN RE JUSTIN RANDALL SAUCEDA

### Original Proceeding

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2019-596-C1

## MEMORANDUM OPINION

Justin Randall Sauceda has filed a petition for writ of mandamus against his own attorney and against the judge of the 19th District Court of McLennan County. We dismiss the petition as to Sauceda's attorney because we have no mandamus jurisdiction over her. *See* TEX. GOV'T CODE ANN. § 22.221. We further deny the petition as to the trial court judge. Additionally, Sauceda's motion for emergency relief is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Neill, and
     Justice Johnson
Petition dismissed in part and denied in part
Opinion delivered and filed February 3, 2021
Do not publish
[OT06]

